HEALTH CARE ALTERNATIVE DISPUTE RESOLUTION OFFICE
6 St. Paul Street, Suite 1501
Baltimore, Maryland 21202-1608
(410) 767-8200

CLAIM FORM                      HCA NO: _____

| CLAIMANT(S) | HEALTH CARE PROVIDER(S) |
|---|---|
| ALENDA STEPHENS<br>7190 Chapman Drive<br>Camp Lejeune, NC 28547 | JOSEPH A. HALPERN, M.D.<br>2001 Medical Parkway<br>Annapolis, MD 21401 |
| and | and |
| JOEL CURTIS STEPHENS<br>7190 Chapman Drive<br>Camp Lejeune, NC 28547 | TIFFANY M. MEGARY, M.D.<br>301 Hospital Drive<br>Glen Burnie, MD 21061 |
| | and |
| | RACHANA HOMAGAIN, R.N.<br>2001 Medical Parkway<br>Annapolis, MD 21401 |
| | and |
| | DONALD M. KLEIN, P.A.<br>2001 Medical Parkway<br>Annapolis, MD 21401 |
| | and |
| | DOCTOR'S EMERGENCY SERVICES, P.A.<br>2001 Medical Parkway<br>Annapolis, MD 21401 |

                                            Serve on:    Resident Agent
                                                                     James S. Jacobs, Esq.
                                                                      Suite 2100
                                                                      One South Street
                                                                      Baltimore, MD 21202

                                            THE UNIVERSITY OF MARYLAND MEDICAL
                                            CENTER, LLC d/b/a THE UNIVERSITY OF
                                            MARYLAND MEDICAL CENTER
                                            22 South Greene Street
                                            Baltimore, MD 21201

          **Serve On:**    **Resident Agent**
                                 Megan M. Arthur, Esq.
                                 24th Floor
                                 250 W. Pratt Street
                                 Baltimore, MD 21201

and

ANNE ARUNDEL MEDICAL CENTER, INC.
d/b/a ANNE ARUNDEL MEDICAL CENTER
2001 Medical Parkway
Annapolis, MD 21401

          **Serve On:**    **Resident Agent**
                                 The Corporation Trust Inc.
                                 351 West Camden Street
                                 Baltimore, MD 21201

and

BALTIMORE WASHINGTON MEDICAL
CENTER, INC., d/b/a UNIVERSITY OF
MARYLAND BALTIMORE WASHINGTON
MEDICAL CENTER
301 Hospital Drive
Glen Burnie, MD 2106

          **Serve On:**    **Resident Agent**
                                 Megan Arthur, Esq.
                                 24th Floor
                                 250 W. Pratt Street
                                 Baltimore, MD 21201

(1) This claim is filled pursuant to Title 3, Subtitle 2A of the Courts Article. The damages claimed are in excess of $30,000.00, and then the appropriate venue is United States District Court for the District of Maryland.

(2) The basis of the claim is described on the pages(s) attached hereto.

(3) The resolution of the claim will involve particular expertise in this area of specialty.

WARNING: Each Claimant has been advised that he/she may be held civilly liable for part or all the Costs resulting from the filing of this claim, whether it is won or lost; this would be an individual and personal responsibility.

**ATTORNEYS FOR CLAIMANTS**

*/s/ Julia R. Arfaa*
Julia R. Arfaa, Esquire
Jonathan A. Cusson, Esquire
Arfaa Law Group
2002 Clipper Park Road, Suite 300
Baltimore, MD 21211
410-889-1850

**CLAIMANT**

*/s/ Julia R. Arfaa*
Alena Stephens

*/s/ Julia R. Arfaa*
Joel Curtis Stephens

3