| | | |
|---|---|---|
| ALENDA STEPHENS, Individually<br>7190 Chapman Drive<br>Camp Lejeune, N.C. 28547 | * | |
| | * | BEFORE THE |
| and | * | HEALTH CLAIMS |
| JOEL CURTIS STEPHENS<br>7190 Chapman Drive<br>Camp Lejeune, N.C. 28547 | * | ALTERNATIVE DISPUTE |
| | * | RESOLUTION OFFICE |
| *Claimants* | * | OF MARYLAND |
| v. | * | |
| JOSEPH A. HALPERN, M.D.<br>2001 Medical Parkway<br>Annapolis, MD 21401 | * | HCADRO No. 2017 589 |
| | * | |
| and | * | |
| DONALD KLEIN, P.A.<br>2001 Medical Parkway<br>Annapolis, MD 21401 | * | |
| | * | |
| and | * | |
| DOCTOR'S EMERGENCY SERVICES, P.A.<br>2001 Medical Parkway<br>Annapolis, MD 21401 | * | |
| | * | |
| **Serve On:** **Resident Agent**<br>James S. Jacobs, Esquire<br>One South St., Ste. 2100<br>Baltimore, MD 21202 | * | |
| | * | |
| and | * | |
| ERIC RITTER, M.D.<br>2001 Medical Parkway<br>Annapolis, MD 21401 | * | |
| | * | |
| and | * | |

1

|  |  |
|---|---|
| ANNE ARUNDEL MEDICAL CENTER, INC. <br> d/b/a ANNE ARUNDEL MEDICAL CENTER <br> 2001 Medical Parkway <br> Annapolis, MD 21401 <br><br>     **Serve On:**  Resident Agent <br>                     The Corporation Trust Inc <br>                     351 West Camden Street <br>                     Baltimore, MD 21201 <br><br> *Health Care Providers* | * <br><br> * <br><br> * <br><br> * <br><br> * <br><br> * |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## **ELECTION TO WAIVE ARBITRATION**

The Claimants, by and through their undersigned counsel, hereby file this Waiver of Claims Arbitration. In support thereof, the Claimants state as follows:

1.      Pursuant to Md. Cts. & Jud. Proc. Art. § 3-2A-06B, the Claimants hereby unilaterally waive and relinquish a hearing of the instant matter before a Health Care Alternative Dispute Resolution Arbitration Panel and elects to proceed directly to the United States District Court for the District of Maryland.

2.      This Waiver of Arbitration is being filed subsequent to the Claimants filing the Certificate of Qualifying Expert and Report.

3. This Waiver of Arbitration is also being filed prior to the Health Care Providers filing a Certificate of Qualifying Expert or Answer.

                    Respectfully Submitted,

                    ARFAA LAW GROUP

                    /s/ Julia R. Arfaa
                    Julia R. Arfaa
                    Jonathan Cusson
                    2002 Clipper Park Rd, Suite 300
                    Baltimore, Maryland 21211
                    (410) 889-1850

                    *Attorneys for Claimants*