| | | |
|---|---|---|
| ALENDA STEPHENS, Individually<br>7190 Chapman Drive<br>Camp Lejeune, N.C. 28547 | * | |
| | * | BEFORE THE |
| and | * | HEALTH CLAIMS |
| JOEL CURTIS STEPHENS<br>7190 Chapman Drive<br>Camp Lejeune, N.C. 28547 | * | ALTERNATIVE DISPUTE |
| | * | RESOLUTION OFFICE |
| *Claimants* | * | OF MARYLAND |
| v. | * | |
| JOSEPH A. HALPERN, M.D.<br>2001 Medical Parkway<br>Annapolis, MD 21401 | * | HCADRO No. **2017 589** |
| | * | |
| and | * | |
| DONALD KLEIN, P.A.<br>2001 Medical Parkway<br>Annapolis, MD 21401 | * | |
| | * | |
| and | * | |
| DOCTOR'S EMERGENCY SERVICES, P.A.<br>2001 Medical Parkway<br>Annapolis, MD 21401 | * | |
| | * | |
| **Serve On:** **Resident Agent**<br>James S. Jacobs, Esquire<br>One South St., Ste. 2100<br>Baltimore, MD 21202 | *<br>* | |
| and | * | |
| ERIC RITTER, M.D.<br>2001 Medical Parkway<br>Annapolis, MD 21401 | *<br>* | |
| and | * | |

1

```
ANNE ARUNDEL MEDICAL CENTER, INC.        *
d/b/a ANNE ARUNDEL MEDICAL CENTER
2001 Medical Parkway                     *
Annapolis, MD 21401
                                         *
    Serve On:  Resident Agent
               The Corporation Trust Inc *
               351 West Camden Street
               Baltimore, MD 21201       *

    Health Care Providers                *

*   *   *   *   *   *   *   *   *   *   *   *   *
```

## ORDER OF TRANSFER

The Claimants, having elected a Waiver of Arbitration under the provisions of the Annotated Code of Maryland, Courts and Judicial Proceedings Article Section 3-2A-06B, it is this ____ day of _____, 2018, by the Health Care Alternative Dispute Resolution Office of Maryland, hereby

ORDERED, that this case shall be and is hereby, transferred to the United States District Court for the District of Maryland.

_____
HARRY L. CHASE, DIRECTOR
Health Care Alternative Dispute Resolution Office

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that copies of the above ORDER OF TRANSFER have been mailed, postage prepaid, to all parties of record.

_____
Harry L. Chase, Director

2