| | | |
|---|---|---|
| ALENDA STEPHENS, Individually<br>7190 Chapman Drive<br>Camp Lejeune, N.C. 28547 | * | BEFORE THE |
| and | * | HEALTH CLAIMS |
| JOEL CURTIS STEPHENS<br>7190 Chapman Drive<br>Camp Lejeune, N.C. 28547 | *<br>* | ALTERNATIVE DISPUTE<br>RESOLUTION OFFICE |
| *Claimants* | * | OF MARYLAND |
| v. | * | |
| JOSEPH A. HALPERN, M.D.<br>2001 Medical Parkway<br>Annapolis, MD 21401 | *<br>* | HCADRO No. 2017-589 |
| And | * | |
| DONALD KLEIN, P.A.<br>2001 Medical Parkway<br>Annapolis, MD 21401 | *<br>* | |
| And | * | |
| ERIC RITTER, M.D.<br>2001 Medical Parkway<br>Annapolis, MD 21401 | *<br>* | |
| And | * | |
| DOCTOR'S EMERGENCY SERVICES, P.A.<br>2001 Medical Parkway<br>Annapolis, MD 21401 | *<br>* | |
| **Serve On:** Resident Agent<br>James S. Jacobs, Esquire<br>One South St., Ste. 2100<br>Baltimore, MD 21202 | *<br>*<br>* | |
| And | * | |
| ANNE ARUNDEL MEDICAL CENTER, INC.<br>d/b/a ANNE ARUNDEL MEDICAL CENTER<br>2001 Medical Parkway | * | |

Annapolis, MD 21401

    Serve On:  Resident Agent
                    The Corporation Trust Inc
                    351 West Camden Street
                    Baltimore, MD 21201

*Health Care Providers*

\* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF MERIT

I, Christian Merlo, M.D., hereby certify that I am board certified in the field of Internal Medicine and Pulmonary Disease. I hereby certify that less than 20% of my professional activities are devoted to activities that directly involve testimony in personal injury claims.

I hereby certify that I have reviewed the medical records of Alenda Stephens pertaining to the care and treatment rendered to her by Joseph Halpern, M.D., Don Klein, P.A., Eric Ritter, M.D., and Anne Arundel Medical Center (by and through its apparent agents, agents, servants, and/or employees, including but not limited to, Joseph Halpern, M.D., Don Klein, P.A., Eric Ritter, M.D.) on December 22-23, 2014.

I hereby certify that based on my training, expertise and review, the care and treatment rendered to Alenda Stephens by Eric Ritter, M.D., and Anne Arundel Medical Center (by and through its apparent agents, agents, servants, and/or employees, including but not limited to Eric Ritter, M.D.) on December 22-23, 2014 failed to comply with the standards of care and was a proximate cause of her injuries in this case.

I hereby certify that I have read the above and that it is true and correct to the best of my knowledge, information and belief.

                                                        _/s/ Christian A. Merlo_
                                                        Christian Merlo, M.D.

| | | |
|---|---|---|
| ALENDA STEPHENS, Individually<br>7190 Chapman Drive<br>Camp Lejeune, N.C. 28547 | * | BEFORE THE |
| and | * | HEALTH CLAIMS |
| JOEL CURTIS STEPHENS<br>7190 Chapman Drive<br>Camp Lejeune, N.C. 28547 | *<br>* | ALTERNATIVE DISPUTE<br>RESOLUTION OFFICE |
| *Claimants* | * | OF MARYLAND |
| v. | * | |
| JOSEPH A. HALPERN, M.D.<br>2001 Medical Parkway<br>Annapolis, MD 21401 | *<br>* | HCADRO No. _____ |
| And | * | |
| DONALD KLEIN, P.A.<br>2001 Medical Parkway<br>Annapolis, MD 21401 | *<br>* | |
| And | * | |
| ERIC RITTER, M.D.<br>2001 Medical Parkway<br>Annapolis, MD 21401 | *<br>* | |
| And | * | |
| DOCTOR'S EMERGENCY SERVICES, P.A.<br>2001 Medical Parkway<br>Annapolis, MD 21401 | *<br>* | |
| **Serve On:** **Resident Agent**<br>James S. Jacobs, Esquire<br>One South St., Ste. 2100<br>Baltimore, MD 21202 | *<br>*<br>* | |
| And | * | |
| ANNE ARUNDEL MEDICAL CENTER, INC.<br>d/b/a ANNE ARUNDEL MEDICAL CENTER<br>2001 Medical Parkway | * | |

Annapolis, MD 21401

&ast;

**Serve On:** Resident Agent
The Corporation Trust Inc &ast;
351 West Camden Street
Baltimore, MD 21201 &ast;

*Health Care Providers* &ast;

&ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast; &ast;

## REPORT OF CHRISTIAN MERLO, M.D..

I, Christian Merlo, M.D. have reviewed the medical records of Alenda Stephens pertaining to the care and treatment rendered to her by Joseph Halpern, M.D., Don Klein, P.A., Eric Ritter, M.D., and Anne Arundel Medical Center (by and through its apparent agents, agents, servants, and/or employees, including but not limited to, Joseph Halpern, M.D., Don Klein, P.A., Eric Ritter, M.D.) on December 22-23, 2014.

Based upon my review, I conclude that the medical care and treatment rendered to Alenda Stephens by Eric Ritter, M.D. and Anne Arundel Medical Center (by and through its apparent agents, agents, servants, and/or employees, including but not limited to Eric Ritter, M.D.) on December 22-23, 2014 failed to comply with the standards of care and was a proximate cause of her injuries in this case.

More specifically, the Defendants AAMC and Eric Ritter, M.D., breached the standards of care in the following ways: (a) failed to place Stevens-Johnsons Syndrome high on Dr. Ritter's differential diagnosis and treat Mrs. Stephens immediately and appropriately with antibiotics, corticostreoids, and appropriate supportive therapy on December 22-23, 2014; and (b) failed to immediately transfer Mrs. Stephens to a burn center on December 22 and 23, 2014. I hereby certify that these breaches in the standard of care were a proximate cause of injury to Mrs. Stephens.

These opinions are preliminary based upon the records and are subject to change, be added to, and/or modified as discovery progresses. I hereby certify that I have read the above and that it is true and correct to the best of my knowledge, information and belief.

_____
Christian Merlo, MD