| | | |
|---|---|---|
| ALENDA STEPHENS, Individually<br>7190 Chapman Drive<br>Camp Lejeune, N.C. 28547 | * | |
| and | * | BEFORE THE |
| JOEL CURTIS STEPHENS<br>7190 Chapman Drive<br>Camp Lejeune, N.C. 28547 | *<br>*<br>* | HEALTH CLAIMS<br>ALTERNATIVE DISPUTE<br>RESOLUTION OFFICE |
| *Claimants* | * | OF MARYLAND |
| v. | * | |
| JOSEPH A. HALPERN, M.D.<br>2001 Medical Parkway<br>Annapolis, MD 21401 | *<br>* | HCADRO No. 2017-589 |
| And | * | |
| DONALD KLEIN, P.A.<br>2001 Medical Parkway<br>Annapolis, MD 21401 | *<br>* | |
| And | * | |
| ERIC RITTER, M.D.<br>2001 Medical Parkway<br>Annapolis, MD 21401 | *<br>* | |
| And | * | |
| DOCTOR'S EMERGENCY SERVICES, P.A.<br>2001 Medical Parkway<br>Annapolis, MD 21401 | *<br>* | |
| **Serve On:**   Resident Agent<br>James S. Jacobs, Esquire<br>One South St., Ste. 2100<br>Baltimore, MD 21202 | *<br>*<br>* | |
| And | * | |
| ANNE ARUNDEL MEDICAL CENTER, INC.<br>d/b/a ANNE ARUNDEL MEDICAL CENTER<br>2001 Medical Parkway | * | |

Annapolis, MD 21401

    **Serve On:** Resident Agent
                  The Corporation Trust Inc
                  351 West Camden Street
                  Baltimore, MD 21201

*Health Care Providers*

## CERTIFICATE OF MERIT

I, Gayle Galan, M.D., hereby certify that I am board certified in the field of Emergency Medicine. I hereby certify that less than 20% of my professional activities are devoted to activities that directly involve testimony in personal injury claims.

I hereby certify that I have reviewed the medical records of Alenda Stephens pertaining to the care and treatment rendered to her by Joseph Halpern, M.D., Don Klein, P.A., Eric Ritter, M.D., and Anne Arundel Medical Center (by and through its apparent agents, agents, servants, and/or employees, including but not limited to, Joseph Halpern, M.D., Don Klein, P.A., Eric Ritter, M.D.) on December 22-23, 2014.

I hereby certify that based on my training, expertise and review, the care and treatment rendered to Alenda Stephens by Joseph Halpern, M.D., Don Klein, P.A., Eric Ritter, M.D., and Anne Arundel Medical Center (by and through its apparent agents, agents, servants, and/or employees, including but not limited to, Joseph Halpern, M.D., Don Klein, P.A., Eric Ritter, M.D.) on December 22-23, 2014 failed to comply with the standards of care and was a proximate cause of her injuries in this case.

I hereby certify that I have read the above and that it is true and correct to the best of my knowledge, information and belief.

                                                            */s/ Gayle Galan MD*
                                                            Gayle Galan, M.D.

| | | |
|---|---|---|
| ALENDA STEPHENS, Individually<br>7190 Chapman Drive<br>Camp Lejeune, N.C. 28547 | * | BEFORE THE |
| and | * | HEALTH CLAIMS |
| JOEL CURTIS STEPHENS<br>7190 Chapman Drive<br>Camp Lejeune, N.C. 28547 | *<br><br>* | ALTERNATIVE DISPUTE<br><br>RESOLUTION OFFICE |
| *Claimants* | * | OF MARYLAND |
| v. | * | |
| JOSEPH A. HALPERN, M.D.<br>2001 Medical Parkway<br>Annapolis, MD 21401 | *<br><br>* | HCADRO No. _____ |
| And | * | |
| DONALD KLEIN, P.A.<br>2001 Medical Parkway<br>Annapolis, MD 21401 | *<br><br>* | |
| And | * | |
| ERIC RITTER, M.D.<br>2001 Medical Parkway<br>Annapolis, MD 21401 | *<br><br>* | |
| And | * | |
| DOCTOR'S EMERGENCY SERVICES, P.A.<br>2001 Medical Parkway<br>Annapolis, MD 21401 | *<br><br>* | |
| **Serve On:**  **Resident Agent**<br>James S. Jacobs, Esquire<br>One South St., Ste. 2100<br>Baltimore, MD 21202 | *<br><br>*<br><br>* | |
| And | * | |
| ANNE ARUNDEL MEDICAL CENTER, INC.<br>d/b/a ANNE ARUNDEL MEDICAL CENTER<br>2001 Medical Parkway | * | |

Annapolis, MD 21401

      \*

   **Serve On:**  **Resident Agent**
                The Corporation Trust Inc    \*
                351 West Camden Street
                Baltimore, MD 21201        \*

*Health Care Providers*                      \*

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **REPORT OF GAYLE GALAN, M.D..**

    I, Gayle Galan, M.D. have reviewed the medical records of Alenda Stephens pertaining to the care and treatment rendered to her by Joseph Halpern, M.D., Don Klein, P.A., Eric Ritter, M.D., and Anne Arundel Medical Center (by and through its apparent agents, agents, servants, and/or employees, including but not limited to, Joseph Halpern, M.D., Don Klein, P.A., Eric Ritter, M.D.) on December 22-23, 2014.

    Based upon my review, I conclude that the medical care and treatment rendered to Alenda Stephens by Joseph Halpern, M.D., Don Klein, P.A., Eric Ritter, M.D., and Anne Arundel Medical Center (by and through its apparent agents, agents, servants, and/or employees, including but not limited to, Joseph Halpern, M.D., Don Klein, P.A., Eric Ritter, M.D.) on December 22-23, 2014 failed to comply with the standards of care and was a proximate cause of her injuries in this case.

    More specifically, Joseph Halpern, M.D. and Don Klein, P.A., breached the standards of care in the following ways: (a) failed to perform an appropriate assessment on December 22, 2014; (b) failed to suspect Stevens-Johnsons Syndrome and treat with appropriate acuity Mrs. Stephens severe skin reaction and dermatologic emergency on December 22, 2014; (c) failed to place Mrs. Stephens on appropriate antibiotics, IV steroids, topical eye steroids, eye hydration therapy (via eye drops), skin therapy, and medication therapy on December 22, 2014; (d) failed

to timely order an immediate opthamology and intensivist consult on December 22, 2014; (e) failed to immediately transfer Ms. Stephens to a burn center on December 22-2014; (f) failed to prevent all of Mrs. Stephens' injuries; and (g) was otherwise negligent and careless. I hereby certify that these breaches in the standard of care were a proximate cause of injury to Mrs. Stephens.

The Defendant, Eric Ritter, M.D., breached the standards of care in the following ways: (a) failed to place Stevens-Johnsons Syndrome high on his differential diagnosis and treat her immediately and appropriately with appropriate antibiotics, IV steroids, topical eye steroids, eye hydration therapy (via eye drops), skin therapy, and medication therapy on December 22-23, 2014; (b) failed to timely order an immediate opthamology and intensivist consult on December 22 - 23, 2014; (c) failed to immediately transfer Ms. Stephens to a burn center on December 22-2014; (d) failed to prevent all of Mrs. Stephens' injuries; and (e) was otherwise negligent and careless. I hereby certify that these breaches in the standard of care were a proximate cause of injury to Mrs. Stephens.

The Defendant AAMC, by and through its agents, apparent agents, servants, and/or employees (including but not limited to Joseph Halpern, M.D., Don Klein, P.A., and Eric Ritter, M.D.)., were negligent and careless in the manner listed in the paragraphs above. I hereby certify that these breaches in the standard of care were a proximate cause of injury to Mrs. Stephens.

These opinions are preliminary based upon the records and are subject to change, be added to, and/or modified as discovery progresses. I hereby certify that I have read the above and that it is true and correct to the best of my knowledge, information and belief.

_Gayle Galan MD_
Gayle Galan, M.D.